O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-373-AHM (FMOx) | Date | June 16, 2008 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. DENNIS INGRAM | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Petitioner: | Attorneys Present for Repondent: | | |
| Gavin L. Greene, AUSA | Dennis Ingram, *pro se* | | |

**Proceedings:**     **(1)** PETITIONER'S MOTION FOR CONTEMPT AGAINST DENNIS INGRAM [14]
    **(2)** RESPONDENT'S MOTION TO STRIKE PETITIONER'S MOTION TO HOLD RESPONDENT IN CIVIL CONTEMPT AND IMPOSE SANCTIONS [Filed 6/9/08] [Evidentiary Hearing]

    Cause called; appearances made.

    Court advises respondent, Mr. Ingram, of his rights who is then sworn in and questioned by the Court. Defendant declines to obtain an attorney and is cross-examined by the Government. For reasons and findings stated on the record, the Court grants petitioner's motion for contempt and holds respondent in contempt of court. Defendant is ordered to provide additional materials, identified on the record, by not later than June 30, 2008. The materials must be delivered to Assistant United States Attorney Gavin L. Green, 300 North Los Angeles Street, Room 7211, Los Angeles, California 90012. Government must file a notice that the materials were delivered within two days of receipt. Upon notice, the Court may strike as moot petitioner's motion for contempt.

    The Court denies respondent's motion to strike.

|  | 1 | : | 03 |
|---|---|---|---|
| Initials of Preparer | SMO | | |