O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-373 AHM (FMOx) | Date | November 18, 2008 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. DENNIS INGRAM | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:               Attorneys **NOT** Present for Defendants:

Proceedings:            IN CHAMBERS (No Proceedings Held)

On March 25, 2008, this Court granted the government's Application to enforce an Internal Revenue Service summons, and Mr. Ingram was ordered to appear before the IRS to provide testimony and produce books, records, papers and other data as demanded in the IRS summons. The Court stated that failure to comply with the terms of its order would be grounds for finding respondent in contempt of Court. After a hearing on June 16, 2008, the Court held respondent in contempt of court. On July 1, 2008, the government notified the Court that respondent had delivered information regarding the assets identified at the June 16, 2008 hearing. The government stated that its motion to hold respondent in civil contempt was therefore moot.

Good cause appearing, the Court thus holds that the motion to hold respondent in civil contempt[1] is now moot. Now that Mr. Ingram has produced the required documents, the Clerk is instructed to close this case.

| | : | |
|---|---|---|
| Initials of Preparer | | SMO |

**Make JS-6**

---

[1]  Docket No.14.